1  Daniel O. Goforth
2  **Goforth Lewis**
   4900 Woodway, Suite 750
3  Houston, South Dakota 77056
   Telephone: (713) 650–0022
4  Facsimile: (713) 650-1669
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | IN RE: BEXTRA AND CELEBREX          )   **MDL NO. 1699**
   | MARKETING SALES PRACTICES AND       )   **District Judge: Charles R. Breyer**
13 | PRODUCT LIABILITY LITIGATION        )

14 | This Document Relates To:           )

15 | *Ronald L. Baker, et al. v. Pfizer Inc*  )   **STIPULATION AND ORDER OF**
   | (05-3751 CRB)                        )   **DISMISSAL WITH PREJUDICE**
16 |                                      )

17 | *Debra Ignacio, et al. v. Merck & Co., Inc., et*  )
   | *al.*                                )
   | (06-1653 CRB)                        )
18 |                                      )

19 | *Letha Housley, et al. v. Pfizer Inc, et al.*  )
   | (06-2429 CRB)                        )

20 | *Harla Wehde v. Pfizer Inc, et al.*  )
   | (06-2875 CRB)                        )
21 |                                      )

22 | *Sherri Lynn Caveny, et al. v. Pfizer Inc, et al.*  )
   | (06-4109 CRB)                        )

23 | *Henry Myers, et al. v. Pfizer Inc, et al.*  )
   | (06-4110 CRB)                        )
24 |                                      )

25 | *Joseph Vukonich, et al. v. Pfizer Inc, et al.*  )
   | (06-4111 CRB)                        )

26 | *Raymond Wade v. Pfizer Inc, et al.*  )
   | (06-4116 CRB)                        )
27 |                                      )

28 | *Martha A. Oldham v. Pfizer Inc, et al.*  )
   | (06-4117 CRB)                        )

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581508.1

1

2  *Charles Knighten v. Pfizer Inc, et al.*  )
   (06-7325 CRB)  )

3  *Bonita M. Christensen, et al. v. Pfizer Inc, et al.*  )
   (06-7815 CRB)  )

4

5  *Lidia Rodriguez, et al. v. Pfizer Inc, et al.*  )
   (07-1930 CRB)  )

6  *Alfredo Ramos, et al. v. Pfizer Inc, et al.*  )
   (07-1931 CRB)  )

7

8  *Maria Barrera, et al. v. Pfizer Inc, et al.*  )
   (07-1932 CRB)  )

9  *Laura Stout, et al. v. Pfizer Inc, et al.*  )
   (07-1933 CRB)  )

10

11  *Randal Kelley, et al. v. Pfizer Inc, et al.*  )
    (07-1934 CRB)  )

12

13      Come now the Plaintiffs Ronald L. Baker, Sandra L. Baker, Debra Ignacio, Individually

14  and As Representative of the Estate of Albert Lou Ignacio, Letha Housley, individually and as

15  representative of the Estate of Willie Housley, Jr., Patricia Ann Housley, Shirley Denise Jackson,

16  Clifton Housley, Sandra Louvon Housley, Willie Lee Housley, Wanda Faye Bradley, Harla

17  Wehde, Sherri Lynn Caveny, James C. Caveny, Henry Myers, Anna Myers, Joseph Vukonich,

18  Helen Vukonich, Raymond Wade, Martha A. Oldham, Charles Knighten, Bonita M. Christensen,

19  Individually and as Representative of the Estate of Alfred G. Christensen, Lidia Rodriguez,

20  Adrian Rodriguez, Alfredo Ramos, Ana Ramos, Maria Barrera, Vidal Barrera, Laura Stout,

21  Individually and on behalf of the Estate of Gloria Gabriela Zuniga White, Randal Kelley, and

22  Betty Jean Kelley, in the above-entitled action and Defendants, by and through the undersigned

23  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24  dismissal of these actions **with prejudice** as to the plaintiffs named herein only with each side

25  bearing its own attorneys' fees and costs.

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581508.1

1

2

3

4      DATED: Dec. 16, 2009        By:

5                                   **GOFORTH LEWIS**

6                                   4900 Woodway, Suite 750
                                    Houston, South Dakota 77056

7                                   Telephone: (713) 650–0022
                                    Facsimile: (713) 650-1669

8                                   *Attorneys for Plaintiffs*

9

10     DATED: Dec. 16, 2009        By:

11

12                                  **DLA PIPER LLP (US)**
                                    1251 Avenue of the Americas

13                                  New York, New York 10020
                                    Telephone:  212-335-4500

14                                  Facsimile:  212-335-4501

15                                  *Defendants' Liaison Counsel*

16

17     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
       IT IS SO ORDERED.**

18

19

20     Dated: **JAN – 4  2010**

21                                  Hon. Charles R. Breyer
                                    United States District Court

22

23

24

25

26

27

28

                                    -3-